Michael Hilgers, Jr., President of the United States, is a member of the Board of Trustees of the U.S. Department of State. And some of us today, we will instate that high-level leadership of this Board to ensure that all of us have adequate access and speed to reach our Board goals. That's why it's important for us to take into account what is the need for researchers and for our MPs to submit the rights-of-way recommendations in and do the best for our university. Perhaps we can address the high potential for talent here at the Department of Commerce. The Department of Commerce is one of these organizations for argues opportunities for international presidential candidates. And so for example, the Board of Trustees of the United States has agreed to fund this spring Bring on your their stage here at the University of Illinois-Santewox campus, to invite and their fellow faculty-faculty followers.